# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FALCONE, | Case No. 2:10-cv-09394-SVW -DTB |
| Plaintiff, | ORDER |
| vs. | |
| PROFESSIONAL COLLECTION CONSULTANTS, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 16 day of September, 2011.

The Honorable Stephen V. Wilson

Order to Dismiss - 1

FILED



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

2011 SEP 15 PM 4: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: September 2, 2011

Name & Address
Superior Court Ventura County
800 South Victoria Avenue
Ventura, CA 93009

VENTURA
SUPERIOR COURT
FILED
SEP 12 2011

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____, Deputy
M. MIJARES

Re: Case Number: CV11-6426-SVW(AJWx)
Previously Superior Court Case No. 56-2011-00397528-CU
Case Name: Stephen Bennett -v- The Procter and Gamble Paper Products Company

Dear Sir / Madam:
Pursuant to this Court's ORDER OF REMAND issued on August 31, 2011, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Brent Pacillas   GK for BP
    Deputy Clerk  213-894-

☒ Western  ☐ Eastern  ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

SEP 12 2011                By: _____ M. MIJARES
Date                           Deputy Clerk

CV - 103 (09/08)       LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)